| |
|---|
| FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| INTERNAL REVENUE SERVICE<br>Centralized Insolvency Operation<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Nike USA, Inc.<br>C/O Denis Klavdianos<br>Glassberg, Pollak & Associates<br>1000 4th St., Ste 570<br>San Rafael, CA 94901-3118 |
| AMERICAN EXPRESS<br>PO BOX 981537<br>EL PASO, TX 79998 |
| Sports Licensed<br>C/O Alan L. Brodkin<br>Alan L. Brodkin & Associates<br>15500B Rockfield Blvd.<br>Irvine, CA 92618<br>x |
| |
| NORDSTROMTDBANKUSA<br>13531 E CALEY AVE<br>ENGLEWOOD, CO 80111 |
| SYNCB/GAPDC<br>PO BOX 965005<br>ORLANDO, FL 32896 |
| |
| CAPITAL ONE, N.A.<br>PO BOX 30281<br>SALT LAKE CITY, UT 84130 |
| |
| SYNCB/GAP<br>PO BOX 965005<br>ORLANDO, FL 32896<br>x |